GUS BENSON, Respondent, v. WEBSTER STREET, Appellant. (Civil No. 152.)

APPEAL from the District Court of the Second Judicial District in and for the County of Cochise.

No appearance for Appellant.

G. G. Berry, for Respondent.

February 28, 1885. Dismissed upon stipulation.

---

ALEXANDER GRAYDON ET AL., Respondents, v. JOHN H. EATON et al., Appellants. (Civil No. 126.) Appeal from the District Court of the Second Judicial District in and for the County of Gila.

C. S. Farquar, for Appellants.

Lemon and McCabe, for Respondents.

March 2, 1885. Dismissed.

---

TERRITORY OF ARIZONA, Respondent, v. FREDRICK J. GLOVER, Appellant. (Criminal No. 32.)

Rush and Wells, for Appellant.

Clark Churchill, Atty. Gen., for Respondent.

March 3, 1885. Affirmed, without opinion.